# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

vs.                      4:12CR00147-001 SWW

PERRY LYNN REA                                               DEFENDANT

## ORDER

Defendant appeared for a hearing before this Court on June 17, 2013, and entered a plea of guilty to Count 3 of the indictment at which time, counsel for the defendant requested that the defendant be allowed to remain on bond pending sentencing. After arguments of defense counsel and no objection by the government, the Court found that there are exceptional reasons, pursuant to 18 U.S.C. §3145, to allow defendant to remain on conditions of release and that such conditions should be modified.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include a special condition of home incarceration with location monitoring. Defendant to contribute to the costs of location monitoring based on defendant's ability to pay.

IT IS SO ORDERED this 17th day of June 2013.

                                                             /s/Susan Webber Wright

                                                             UNITED STATES DISTRICT JUDGE