IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              No. 4:12CR00147 SWW

PERRY LYNN REA                                                        DEFENDANT

## FINAL ORDER OF FORFEITURE

Before the Court is the United States motion for final order of forfeiture (Dkt. 27). On June 19, 2013, this Court entered a Preliminary Order of Forfeiture (Dkt. 23), ordering defendant to forfeit his interest in:

   A.   AT&T Mobile Wireless Router;

   B.   Cisco Router, serial number CVN216440930;

   C.   One Memorex Compact Disk;

   D.   Four Sony Flashdrives;

   E.   One SanDisk Cruzer Flashdrive;

   F.   One Modem, serial number 123687604114704; and

   G.   Compaq Presario Laptop Computer, Model CQ56

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and of the United States' intent to dispose of the property in accordance with the law and as specified in the Preliminary Order. *See* Notice of Publication (Dkt. 26). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov, for 30 consecutive days beginning on June 20, 2013. Further, the United States also notified all third parties of their right to petition the court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the property. No one has filed a claim to the property subject to forfeiture, and the time for filing

claims has expired.

Now the United States has petitioned the Court to enter a Final Order of Forfeiture, which will vest all right, title, and interest in the United States. The United States also asks that this Court authorize the United States Marshal or his designee to dispose of the property according to law.

The United States' motion is GRANTED. It is hereby ordered that the property subject to forfeiture is forfeited to the United States. It is further ordered that all right, title, and interest in the property subject to forfeiture is hereby vested in the United States of America and shall be disposed of according to law. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS SO ORDERED this 24th day of September 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE